UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ADAM LESLIE-DAVID KOLB                                                 CIVIL ACTION

VERSUS                                                                                     NO. 21-09

CAROL JORDAN, ET AL.                                              SECTION: "J"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motion to dismiss, Rec. Doc. 13, is **GRANTED IN PART AND DENIED IN PART**. **IT IS ORDERED** that the motion is **GRANTED** with respect to plaintiff's claims for monetary damages asserted against the defendants in their official capacities and that those claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. **IT IS ORDERED** that the motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against the defendants for verbal abuse and false disciplinary charges are **DISMISSED WITH PREJUDICE** as frivolous and/or failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against the defendants concerning the loss, destruction, or retention of his personal property are **DISMISSED WITH PREJUDICE** as frivolous and/or failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), but **WITHOUT PREJUDICE** to his right to assert any related state-law claims concerning his property in the state courts.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against the defendants for retaliation and mail tampering are allowed to proceed pending further development and remain referred to the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that plaintiff's "Motion to Request an Immediate Preliminary Injunction or Temporary Restraining Order," Rec. Doc. 21, is **DENIED**.

New Orleans, Louisiana, this 20th day of December, 2021.

_____
**DISTRICT JUDGE
CARL J. BARBIER**