UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADAM LESLIE-DAVID KOLB | CIVIL ACTION |
| VERSUS | NO. 21-09 |
| CAROL JORDAN, ET AL. | SECTION: "J"(1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation (Rec. Doc. 29) of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's remaining federal civil rights claims for retaliation and mail tampering are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 17th day of March, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE